# United States Court of Appeals
## For the First Circuit

No. 06-1944

JOSÉ A. MUÑIZ-OLIVARI; ANNABELLE DURÁN-LÓPEZ;
CONJUGAL PARTNERSHIP MUÑIZ-DURÁN,

Plaintiffs, Appellees,

v.

STIEFEL LABORATORIES, INC.,

Defendant, Appellant.

## ERRATA SHEET

The opinion of this Court issued on August 1, 2007 is amended as follows:

Page 4, line 5: insert a period after "Inc"

Page 6, line 9: insert "the" before "Puerto Rico"

Page 6, line 18: replace the comma with "or"

Page 10, line 15: replace "the deposition" with "himself"

Page 14, lines 7-8: replace "could conclude" with "could have concluded"